IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHYLLIS KILLMEYER, ETC., ET AL., )
    Plaintiffs, )
)
v. ) Civil Action No. 96-1723
)
BEAZER EAST, INC., )
    Defendant. )

ORDER

AND NOW, this 29 day of March, 2012, IT IS HEREBY ORDERED that all motions in limine filed in the above-captioned case [Doc. Nos. 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 84, 85, 86, 87, 88, 89, 90, 91, 93, 95, 98, 100, 104, 105, 107, 108, 109, 110, 111, 113, 114, 115, 122, 123, 124, 125, 126, 127, 128, and 129] are DENIED, WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that defendant Beazer East, Inc.'s Motion to Amend the September 20, 2011 Memorandum and Order and to Stay Proceedings [Doc. No. 197] is DENIED.

IT IS FURTHER ORDERED that defendant Beazer East, Inc., is directed to file an answer within twenty-one (21) days of this order. Failure to do so will result in the court deeming the allegations against it admitted.

BY THE COURT,

_____

cc: All Counsel of Record